UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHRISTOPHER E. ARELLANO-CASAS, | Case No. 5:23-cv-02162-JWH-SSC |
|---|---|
| Petitioner, | **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |
| v. | |
| WARDEN, | |
| Respondent. | |

1   Pursuant to 28 U.S.C. § 636 the Court has reviewed the petition,
2 all of the records herein, and the Report and Recommendation of United
3 States Magistrate Judge to which no objections were filed.  Good cause
4 appearing therefor, the Court hereby **ORDERS** as follows:
5   1. The findings and conclusions of the Magistrate Judge in the
6 Report and Recommendation are **ACCEPTED**.
7   2. Judgment shall be entered **DENYING** the petition and
8 **DISMISSING** this action **with prejudice**.
9   3. Further, the Court finds that Petitioner has not made a
10 substantial showing of the denial of a constitutional right or that the
11 court erred in its procedural ruling and, therefore, a certificate of
12 appealability will not issue in this action.  *See* 28 U.S.C. § 2253(c)(2);
13 Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003);
14 *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).
15   **IT IS SO ORDERED.**

17 DATED: 6/5/2025

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE

2