JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER E. ARELLANO-CASAS,<br><br>                   Petitioner,<br><br>      v.<br><br>WARDEN,<br><br>                   Respondent. | Case No. 5:23-cv-02162-JWH-SSC<br><br>**JUDGMENT** |

1  Pursuant to the Order Accepting Findings, Conclusions, and
2  Recommendations of United States Magistrate Judge,
3  It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the
4  petition is **DENIED** and this action is **DISMISSED with prejudice**.
5  **IT IS SO ORDERED.**

7  DATED: 6/5/2025

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE